# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**WILLIAM TREY RAPP** | )<br>)<br>)   Case No.<br>)      6:19-mj- *1505*<br>)<br>)<br>) |
| _____<br>*Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 17, 2019 & July 18, 2019___ in the county of ___Orange___ in the
___Middle___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (a)(5)(B) | Distribution and possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Kaufman, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___7/18/19___

_____
*Judge's signature*

City and state:          Orlando, Florida

GREGORY J. KELLY, U.S. Magistrate Judge
*Printed name and title*



STATE OF FLORIDA                          CASE NO. 6:19-mj- /505

COUNTY OF ORANGE

## AFFIDAVIT

I, Kevin Kaufman, being duly sworn, do hereby depose and state as follows:

1.    I am currently in my fifteenth year of employment as a Special Agent (SA) with the Federal Bureau of Investigation (FBI).   I am currently assigned to the FBI Crimes Against Children/Innocent Images Unit.   I have investigated and assisted in the investigation of matters involving possession, receipt, distribution, and production of child pornography, and the solicitation and extortion of children to produce sexually explicit images of themselves.   I have also investigated and assisted in the investigation of matters involving the online enticement and coercion of children to engage in sexual activity.   I have gained experience through training and everyday work relating to conducting these types of investigations.   I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.   Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251 and 2252A.

2.    This affidavit is submitted in support of a criminal complaint against WILLIAM TREY RAPP (RAPP) for violations of 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).   As set forth in more detail below, I believe there is probable cause that RAPP knowingly distributed and possessed child pornography using a means or facility of interstate commerce, or knowingly distributed and possessed child pornography that had

been transported in interstate commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

3.     I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and our review of documents provided to me by these witnesses and law enforcement officers.   Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course.

## STATUTORY AUTHORITY

4.     It is a violation of 18 U.S.C. § 2252A(a)(2) to knowingly receive or distribute child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce.   It is a violation of 18 U.S.C. § 2252A(a)(5) to knowingly possess child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce.

## DETAILS OF THE INVESTIGATION

5.     On June 17, 2019, FBI SA Hyre used a Peer-to-Peer file sharing program known as Bittorrent Roundup to determine that a computer using IP address 184.90.202.232 was making available for download certain files of suspected child pornography.

6.     On June 17, 2019, SA Hyre completed a single-source download from IP address 184.90.202.232.   During the single-source download, SA Hyre downloaded numerous files of child pornography. The following describes three of these files:

- *(000000)* – a 173-second video with the displayed title "bitcoinPTHC" showing a naked adult male masturbating while touching an approximately four-year-old naked female. The male rubs his penis against the child's vagina and ejaculates onto her buttocks.

- *[Julyjailbait.nl]...Russian girl good suck and cum play...* – an approximately 317-second video showing a nude female (approximately 8 years old) forced to perform oral sex on an adult male. The video ends showing the male ejaculate into the child's mouth.

- *ProjectnewPTHC - hard anal play* - an approximately 205-second video showing a nude female (approximately 5 years old) being vaginally penetrated by an adult male. The child is heard crying in pain and saying "stop it" throughout the video.

7.    SA Hyre reviewed the downloaded files from undercover session and believes, based on his training and experience, that the three aforementioned files are child pornography as defined in 18 U.S.C. § 2256.

8.    FBI SA Michelle Langer determined that the IP address 184.90.202.232 was registered to Charter Communications.   A subpoena was served to Charter Communications for the IP address 184.90.202.232, to obtain certain subscriber information in effect as of June 17, 2019.

9.    The following information was obtained in the subpoena response from Charter Communications:

| | |
|---|---|
| Customer name: | WILLIAM RAPP |
| Address: | XXXX Middlebrook Road, Orlando, FL 32811 |

3

10.     SA Hyre ran a database check through the Driver and Vehicle Identification database and it shows that WILLIAM RAPP., DOB xx/xx/1970, is living at XXXX Middlebrook Road, Orlando, Florida, 32811.

### SEARCH WARRANT/INTERVIEW

11.     On July 18, 2019, the FBI executed a search warrant at XXXX Middlebrook Road, Orlando, Florida 32811.   At approximately 7:00 a.m., RAPP answered the front door of the residence.   SA Hyre asked RAPP to step out of the residence and RAPP did so.   SA Hyre asked what service provider RAPP utilized for internet service and RAPP responded "Spectrum" (a brand name that Charter Communications uses).   SA Hyre asked RAPP if his router was password protected and RAPP responded, "I believe so."   RAPP agreed to walk down the sidewalk, two doors away from his residence, and an interview was initiated.   I informed RAPP that the FBI had a search warrant to search his residence.

12.     Prior to the interview, RAPP was advised he was not under arrest, he did not have to answer our questions, and he was free to leave.   RAPP agreed to speak to interviewing agents.   During the interview, RAPP admitted to using a Bittorrent file-sharing program to view child pornography.   RAPP used his desktop computer to view and download child pornography inside his residence.   RAPP downloaded the videos and images of child pornography to a folder titled "News Bin" in the subfile "Sorted."   RAPP was familiar with the Bittorrent program and understood that as he received child pornography, he was also sharing child pornography with other users on Bittorrent.

13.     RAPP said that he viewed and masturbated to the videos and images of child pornography that he downloaded, and then deleted them.   RAPP said that he last viewed and masturbated to child pornography approximately one week ago.     RAPP stated that he

4

has been viewing and masturbating to child pornography weekly for as long as RAPP could remember. RAPP was unsure as to when he began viewing child pornography, but stated that his attraction to children began when he was a child, and it never left him. RAPP used The Onion Router (TOR) and various applications that contained torrent files to search for magnet links (i.e. torrent files) in order to find child pornography and pornography.

14.    RAPP directed the FBI to his desktop computer, which was connected to an external storage device, which contained four drives. An onsite forensic preview was conducted of that computer. During the forensic preview, FBI SA Alexis Brignoni, a forensic examiner, located multiple videos of child pornography that were downloaded to one of the hard drives that was connected to RAPP'S desktop computer through the external storage device. The videos were downloaded to the R:/ drive, in a folder titled "News Bin," with a subfolder titled "Sorted. The videos had a receipt date of July 17, 2019. Below is a description of one of the videos located on RAPP'S desktop computer:

- o *[JulyJailbait.nl] - [jjclubumn7vkhyuw.onion] - Stars & Stripes (New studio) - video 00103 -* an approximately ten-and-a-half minute video showing a nude adult female digitally penetrating and performing oral sex on a nude prepubescent female who is approximately 8 years old.

15.     Based on the above, there is probable cause that, RAPP knowingly distributed

and possessed child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5).

Kevin Kaufman, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 18th day of July, 2019.

Gregory J. Kelly
United States Magistrate Judge